on condition that the pending appeal from the order denying leave to serve the supplemental answer be argued or submitted on March sixth. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

INTEROCEAN FORWARDING COMPANY, INC., v. CHARLES R. McCORMICK & COMPANY.— Motion denied and stay vacated. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

REBECCA SCHRAGER v. ROGER FOSTER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

MAX DORFMAN v. ROBERT HARRIS and Others.— Decision reserved until determination of motion for rehearing at Special Term; after which additional affidavits may be submitted by each party. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

C. F. HARMS COMPANY, Appellant, v. LEONHARD MICHEL BREWING COMPANY, Respondent.— Judgment affirmed, with costs on 176 Appellate Division, 235. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.; Smith and Shearn, JJ., dissented.

CLARA WINKLER, Appellant, v. ELEANOR GOTTSCHALD, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

EUGENE LAMB RICHARDS, as Trustee in Bankruptcy, etc., Respondent, v. THE LONDON AND LANCASHIRE GUARANTEE AND ACCIDENT COMPANY OF CANADA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

FRANK HASBROUCK, Substituted in the Place of WILLIAM T. EMMET, Superintendent of Insurance, Appellant, v. HENRY KRAKOWER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

In the Matter of the Judicial Settlement of the Account of ELLA G. KELLER, Executrix of the Estate of MARIA S. DUNKIN, Deceased, Respondent. JENNIE D. MOOK, Individually and as Guardian for the Infant JOHN MARVIN DAVIS, JR., Appellant.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

MARY M. MURTHA, Respondent, v. NEW YORK HOMEOPATHIC MEDICAL COLLEGE AND FLOWER HOSPITAL, Appellant. JAMES H. MURTHA, Respondent, v. NEW YORK HOMEOPATHIC MEDICAL COLLEGE AND FLOWER HOSPITAL, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.; Scott and Shearn, JJ., dissented.

CELIA SCHIFF, an Infant, by HARRY SCHIFF, Her Guardian ad Litem, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

HARRY SCHIFF, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $100; in which event, judgment as so modified and order affirmed, without